AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Arun Dhavamani<br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:19-mj-22<br>)<br>)<br>)<br>) |

FILED
JUN - 3 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 1, 2018__ in the county of __Mercer__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, as defined in 18 U.S.C. § 2423(f), or attempt to do so. |

This criminal complaint is based on these facts:

On June 1, 2019, Arun Dhavamani, age 40, knowingly traveled in interstate commerce, that is, from at or near Princeton, Mercer County, WV, to Bluefield, VA, for the purpose of engaging in illicit sexual conduct, that is, sexual intercourse, with what he believed to be a 15 year old girl. Dhavamani was arrested near the location in Bluefield, VA where he had arranged to meet the purported minor for the purpose of engaging in the illicit sexual activity.

☐ Continued on the attached sheet.

*Complainant's signature*

Det. Wayne Long, Raleigh County Sheriff's Office
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/03/2019__

*Judge's signature*

City and state: __Beckley, West Virginia__   Omar J. Aboulhosn, United States Magistrate Judge
*Printed name and title*